United States District Court
Southern District of Texas
**ENTERED**
December 19, 2016
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | CRIMINAL ACTION NO. H-11-454-3 |
| v. | § | |
| | § | CIVIL ACTION NO. H-16-2213 |
| JURAN DUANE MOORE | § | |

### MEMORANDUM OPINION AND ORDER

Defendant Juran Duane Moore, a federal inmate proceeding *pro se*, filed a section 2255 motion to vacate, set aside, or correct his sentence.  (Docket Entry No. 195.)  The Government filed a motion for summary judgment (Docket Entry No. 212), to which Defendant filed a response (Docket Entry No. 214).

Defendant argues in his section 2255 motion that he is entitled to re-sentencing under *Johnson v. United States*, ___ U.S. ____, 135 S. Ct. 2551 (2015).  In *Johnson*, the Supreme Court held that the Armed Career Criminal Act's residual clause is unconstitutionally vague. 135 S. Ct. at 2563.  The Court explicitly stated that its holding "d[id] not call into question . . . the remainder of the Act's definition of a violent felony."  *Id*.

As correctly argued by the Government, the only clause that was deemed unconstitutional by *Johnson* was the residual clause in the Armed Career Criminal Act, 18 U.S.C. § 924(e)(2)(B)(ii).  Defendant was not convicted or sentenced under that statute. Rather, he was convicted and sentenced for conspiracy to possess a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §§ 924(O) and (c)(1)(A)(i).  Defendant

fails to show that *Johnson* provides any basis for habeas relief in the instant case, either substantively or as to commencement of the one-year federal statute of limitations.

The Government's motion for summary judgment (Docket Entry No. 212) is GRANTED and Defendant's section 2255 motion (Docket Entry No. 195) is DISMISSED WITH PREJUDICE.  A certificate of appealability is DENIED.

Civil Action No. H-16-2213 is ORDERED ADMINISTRATIVELY CLOSED.

Signed at Houston, Texas on December 19, 2016.

_____
Gray H. Miller
United States District Judge